UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-03897-RGK (SK)                                          Date: November 3, 2022

Title   Damian James v. B. Birkholz

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner(s):           Attorneys Present for Respondent(s):

None present                                                      None present

**Proceedings:**     (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Petitioner's opposition to Respondent's motion to dismiss was due on October 28, 2022. Petitioner has also failed to notify the court of a change in his address of record. Thus, the petition is subject to dismissal either because Petitioner has consented to the granting of the motion to dismiss by not timely opposing it or because he has failed to prosecute this action by not keeping the court informed of any change in address. See Local Rules 41-6, 7-12. Petitioner is thus ordered to show cause in writing by no later than **December 1, 2022** why the petition should not be dismissed for either these reasons. Petitioner may discharge this order by filing a notice of voluntary dismissal using the attached Form CV-09, or by filing his opposition to the motion to dismiss by December 1, 2022. In any case, Petitioner must notify the court of any address change as soon as possible. Failure to comply with this order will lead to involuntary dismissal of the entire action.