JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN JAMES,<br><br>            Petitioner,<br><br>    v.<br><br>B. BIRKHOLZ,<br><br>            Respondent. | Case No. 2:22-cv-3897-RGK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice for lack of prosecution.

DATED:  March 27, 2023

_____
R. GARY KLAUSNER
United States District Judge